Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
abacon@attorneysforconsumers.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DONNA RATLIFF, individually and on behalf of all others similarly situated,

    Plaintiff,

  vs.

SOUTHERN CALIFORNIA HEALTHCARE SYSTEM, INC., DBA SOUTHERN CALIFORNIA HOSPITAL AT CULVER CITY

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:16-cv-00253-GW-JEM

**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41**

1

It is hereby STIPULATED by and between Plaintiff DONNA RATLIFF

2 ("Plaintiff") and Defendant SOUTHERN CALIFORNIA HEALTHCARE

3 SYSTEM, INC., DBA SOUTHERN CALIFORNIA HOSPITAL AT CULVER

4

5 CITY (erroneously sued as Prospect Medical Holdings, Inc.) ("Defendant") that,

6 pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff voluntarily dismisses

7

8 this action against Defendant with prejudice and on the merits as to the claims of

9 Plaintiff, and without prejudice as to the claims of the putative class identified in

10 Plaintiff's Complaint.  The parties waive any right to recover any attorneys' fees or

11

12 costs in connection with the above-captioned action upon dismissal.

13

14 Dated: August 31, 2016                    Respectfully submitted,

15
                                    LAW OFFICES OF TODD M. FRIEDMAN, P.C.
16

17                                         By: s/Todd M. Friedman
                                           Todd M. Friedman, Esq.
18                                         Attorney for Plaintiff

19

20 Dated: August 31, 2016   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

21

22                          /s/ Jay T. Ramsey
23                          FRED R. PUGLISI
                            JAY T. RAMSEY
24                          Attorneys for Defendant

25

26

27

28

## __SIGNATURE CERTIFICATION__

Pursuant to Section 2(f)(4) of the Electronic Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant, and that I have obtained his/her authorization to affix his/her electronic signature to this document.

Dated: August 31, 2016                    Respectfully submitted,

Law Offices of Todd M. Friedman, P.C.

By: <u>s/ Todd M. Friedman</u>
    Todd M. Friedman, Esq.
    Attorney for Plaintiff